UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-cv-1337-RCJ-RJJ |
| vs. | ) | |
| KEITH L. MARIS, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Defendants' Motion to Stay Discovery Pending Resolution of the Individual Defendants' Motion to Dismiss and Supplemental Emergency Motion to Stop the Sale of Property in Utah to Satisfy Tax Liability (#30).

The Court has reviewed the Motion (#30) and the Government's Response (#31). Upon review the Court finds there is no basis provided to delay discovery. The primary reason cited by the plaintiff, the pending motion to stop the sale (#23) has been decided by the Court (*see* Order (#38)). Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Stay Discovery Pending Resolution of the Individual Defendants' Motion to Dismiss and Supplemental Emergency Motion to Stop the Sale of Property in Utah to Satisfy Tax Liability (#30) is **DENIED**.

DATED this  20th   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge