UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | 2:10-cv-1337-RCJ-RJJ |
| vs.       ) | |
| KEITH L. MARIS, etc., *et al*.,       ) | O R D E R |
| Defendant,       ) | |

This matter was submitted to the undersigned Magistrate Judge on Defendants' Proposed Discovery Plan and Scheduling Order (#35).

The Court having reviewed the Defendants' Proposed Discovery Plan and Scheduling Order (#35) and the file herein, finds that a Scheduling Order has already been entered by the Court in this case. *See*, Scheduling Order (#20) and Order (#21).  Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Proposed Discovery Plan and Scheduling Order (#35) is **DENIED.**

DATED this  20th   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge