UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1337-RCJ-RJJ |
| ) | |
| vs. ) | |
| ) | |
| KEITH L. MARIS, *et al.,* ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Defendant Keith Maris' Motion to Quash Further Discovery (#55).

The Court having reviewed the Motion (#55), the Response (#61) and the Reply (#74) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Keith Maris' Motion to Quash Further Discovery (#55) is **DENIED**.

DATED this   7th   day of March, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge