UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cv-1337-RCJ-RJJ |
| vs. | |
| KEITH L. MARIS, *et al.,* | O R D E R |
| Defendant, | |

This matter is before the Court on Defendant Keith Maris' Motion to Stay Proceedings 60 Days (#70).

The Court having reviewed the Motion (#70), the Response (#77) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Keith Maris' Motion to Stay Proceedings 60 Days (#70) is **DENIED**.

DATED this  7th  day of March, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge