UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-cv-1337-RCJ-RJJ |
| vs. | ) | |
| KEITH L. MARIS, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff, United States of America's Motion to Compel Production and to Prohibit the Use of Information Not Produced or Disclosed (#54).

The Court having reviewed the Motion (#54) and the Response (#73) and good cause appearing therefore,

IT IS HEREBY ORDERED that **a hearing is scheduled for March 25, 2011, at 10:00 AM** on Plaintiff, United States of America's Motion to Compel Production and to Prohibit the Use of Information Not Produced or Disclosed (#54). The hearing will be held in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant Keith L. Maris must be present in court for this hearing. Failure to appear may result in an order to show cause being issued by the Court.

IT IS FURTHER ORDERED that the Court finds the Motion to Compel (#54) exceeds 50 pages in length. Therefore, Government shall forthwith provide the Court with a courtesy copy of

1  the Motion to Compel (#54) in compliance with the Local Rules of this court.

2      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

3  Defendant, Keith L. Maris by certified mail, return receipt requested.

4      DATED this __14th__ day of March, 2011.

5

6

7                                          _____
                                        ROBERT J. JOHNSTON

8                                          United States Magistrate Judge