UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )   2:10-cv-1337-RCJ–RJJ
                           )
vs.                        )
                           )
KEITH L. MARIS, etc., *et al*.,  )   O R D E R
                           )
        Defendant,         )
_____)

This matter was scheduled for a hearing on August 24, 2011. *See*, Minute Order in Chambers (#94). Defendants did not appear for the scheduled hearing however, by telephone call later that afternoon, advised the Court that they were out of the state and did not receive the hearing notice. Good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on the Joint Motion to Extend Time (#93) is rescheduled to September 2, 2011, at 1:30. PM by telephone conference call. The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456. Defendants, Keith L. Maris, and Donna L. Maris are required to participate in this conference call. Failure to do so may result in sanctions being imposed by the Court.

IT IS FURTHER ORDERED that the Clerk shall serve this Order on the Defendants, Keith L. Maris and Donna L. Maris by certified mail, return receipt requested.

DATED this  25th  day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge