# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>KEITH L. MARIS, et al.,<br><br>        Defendant(s). | Case No. 2:10-cv-01337-RCJ-NJK<br><br>ORDER REQUIRING DEFENDANT TO UPDATE HIS ADDRESS |

The Court Clerk's office has mailed to Defendant Keith L. Maris ("Defendant") several notices of Court orders. Docket Nos. 159, 162, 164 (Notices of Electronic Service). Those notices were returned to the Court as undeliverable, with a notation that no new address was provided for forwarding. Docket Nos. 161, 163, 165. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991) (upholding denial of motion to set aside default judgment where plaintiff failed to update address). The Court hereby **ORDERS** Defendant to file, no later than November 6, 2013, a notice with his current mailing address. The failure to comply with this order will result in an order to show cause why default judgment should not be entered against Defendant.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge