# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>KEITH L. MARIS, et al.,<br><br>                    Defendant(s). | Case No. 2:10-cv-01337-RCJ-NJK<br><br>ORDER GRANTING MOTION TO EXCUSE INTERSTATE BANK FROM PARTICIPATING IN THE SETTLEMENT CONFERENCE<br>(Docket No. 167) |

Pending before the Court is Interstate Bank's ("Interstate") motion to be excused from the settlement conference set for November 14, 2013. Docket No. 167. The motion indicates that Interstate's claims against the government have been resolved, *see* Docket No. 71, that its claims against Allstate were resolved, *see* Docket No. 109, and that Judge Jones has excused Interstate from participating at trial, Docket No. 159 at 4. For good cause shown, the Interstate's motion is hereby GRANTED and it need not participate in the settlement conference.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge