UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH L. MARIS, individually and d/b/a/ Keith L. Maris Painting and Wallpaper, DONNA L. MARIS, INTERSTATE BANK, SSB, as successor to Mortgage Electronic Registration Systems, Inc. (nominee of Aegis Funding Corp.), UNIVERSITY MEDICAL CENTER, and ALLSTATE FINANCIAL SERVICES, INC.<br><br>　　　　Defendant. | Case No. 2:10-cv-01337-RCJ-NJK<br><br>**ORDER ON THE UNITED STATES' MOTION FOR RELIEF FROM SETTLEMENT CONFERENCE REQUIREMENT**<br><br>(Docket No. 171) |

HAVING CONSIDERED THE United States' Motion for Relief from the requirement in the Order Scheduling A Settlement Conference (No. 164), and for good cause showing, the Court hereby Grants the United States' Motion.  Accordingly, IT IS ORDERED that:

The United States is excused from the requirement for attendance by an officer or representative with binding authority to settle this matter up to the full amount of the claim or last demand made, provided that such an officer or representative remains available to the trial attorneys or the Court by telephone for the duration of the settlement conference.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

This ___1st___ day of ___November___, 2013.

ORDER
(No. 2:10-cv-01337-RCJ-NJK)