**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> KEITH L. MARIS, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:10-cv-01337-RCJ-NJK <br><br> ORDER REQUIRING DEFENDANT <br> TO UPDATE HER ADDRESS |

The Court Clerk's office has mailed to Defendant Donna L. Maris ("Defendant") a Court Order Scheduling Settlement Conference. Docket No. 164. This Order was returned to the Court as undeliverable, with a notation that no new address was provided for forwarding. Docket No. 172. "A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991) (upholding denial of motion to set aside default judgment where plaintiff failed to update address). The Court hereby **ORDERS** Defendant to file, no later than November 12, 2013, a notice with her current mailing address. The failure to comply with this Order will result in an order to show cause why default judgment should not be entered against Defendant.

IT IS SO ORDERED.

DATED: November 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge