# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff(s), ) | Case No. 2:10-cv-01337-RCJ-NJK |
| vs. ) ) | ORDER SCHEDULING STATUS CONFERENCE |
| KEITH L. MARIS, et al., ) ) Defendant(s). ) ) | |

This Court has scheduled a settlement conference in this case for November 14, 2013. *See* Docket No. 164. The Court hereby sets a status conference for November 8, 2013 at 11:30 a.m. in Courtroom 3C. Except counsel for parties excused from the settlement conference, *see* Docket No. 170, counsel for each party and any party appearing *pro se* are ORDERED to attend the status conference. The Court will permit telephonic appearances. Any counsel or party wishing to appear telephonically shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls as well as the use of a speaker phone are prohibited.

IT IS SO ORDERED.

DATED: November 7, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge