# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

KEITH L. MARIS, et al.,

        Defendant(s).

Case No. 2:10-cv-01337-RCJ-NJK

ORDER RE: REQUEST TO CONTINUE SETTLEMENT CONFERENCE

This Court has scheduled a settlement conference in this case for November 14, 2013. *See* Docket No. 164. Defendant Keith Maris has delivered to chambers a "reply" to the Court's order setting the settlement conference, which the Court has attached hereto.[1] The Court construes this document as a request to continue the settlement conference. The parties and counsel should be prepared to discuss this document at the status conference already set for November 8, 2013 at 11:30 a.m. in Courtroom 3C.

IT IS SO ORDERED.

DATED: November 7, 2013

                                                            NANCY J. KOPPE
                                                            United States Magistrate Judge

---

[1] The Court's staff also instructed Mr. Maris to file a copy of the document.

November 7, 2013

Keith L. Maris
612 Lake Superior Lane
Boulder City Nevada 89005
(702)287-1663

UNITED STATES DISTRICT COURT
For the
District of Nevada

United States of America
    PLAINTIFF

VS.
NJK

CIVIL ACTION No. 2:10-cv-01337-RCJ-

DEFENDANTS' REPLY TO
ORDER SCHEDULING A
SETTLEMENT CONFERENCE

KEITH L. MARIS, et al. and
Keith L. Maris Painting and
Wallpaper,
DONNA L. MARIS et al.
    DEFENDANT(S)

Defendants Reply to the Order Scheduling a Settlement Conference


Defendant, Keith L. Maris ,et al. respectfully replies in support of having a settlement conference in the above referenced case, however, the Defendants did not receive the Docket No. 164, dated October 17, 2013, ORDER SCHEDULING A SETTLEMENT CONFERENCE until Wednesday, November 6, 2013 @ 5:24 p.m. and only from the Plaintiff. (See Exhibit 1, three pages)

Defendant, Keith L. Maris ,et al. did not receive Docket No. 164 in the U.S mail, the same as all the other Dockets to this date. The mailing address should be on file with the Court as listed above.

Defendant, Keith L. Maris ,et al. was not able to view Dockets from Pacer, due to payment failure, starting from October 10, 2013, to current.(See Exhibit 2, two pages)

Defendant, Keith L. Maris ,et al. did not receive Docket No. 164, via E-Mail either as

received in the past. The Court has our E-Mail on file, KDCMJJ@AOL.COM and the only message from the Court recently received, was the E-Mail on November 06, 2013 (See Exhibit 3).

The settlement conference scheduled to commence at *10:00a.m.on November 14, 2013* in the *chambers* of the Honorable Magistrate Judge, Nancy J. Koppe, does not give the Defendant adequate time to prepare the documents that the Court requests.

In Docket No.164, (See Exhibit 4), page 2, paragraph 1, it states: "Any request for an exception to the above personal attendance requirements must be filed and served on all parties within fourteen (14) days of the issuance of this order." Since the Docket No.164 was dated, filed, and issued 10/17/13, and the Defendant did not receive it until, Wednesday, November 6, 2013 @ 5:24 p.m. , and the settlement conference scheduled to commence at *10:00a.m.on November 14, 2013*,this does not give the Defendant adequate time to prepare the documents that the Court requests.

In Docket No.164, page 2, paragraph 2, it states: "Any request to reschedule the Settlement Conference must be made in writing within fourteen (14) days of the issuance of this order." Since the Docket No.164 was dated, filed, and issued 10/17/13, and the Defendant did not receive it until, Wednesday, November 6, 2013 @ 5:24 p.m. , and the Settlement Conference scheduled to commence at *10:00a.m.on November 14, 2013*,this does not give the Defendant adequate time to prepare the documents that the Court requests.

In Docket No.164, page 2, paragraph 2, also states: "…any such request must include five alternate dates on which all counsel and other required attendees are available."

Since the Defendant did not have any knowledge of Docket No.162 until Wednesday, November 6, 2013, the Defendant prays the Court will be fair in requesting the Defendant the proper time to prepare the documents the Court requests.

Defendant, Keith L. Maris ,et al. by the compelling justification, as stated above, and in attached Exhibits, respectfully requests the Court to reschedule the Settlement Conference scheduled to commence at *10:00a.m.on November 14, 2013,* and provides the five alternate dates as follows:

December 05, 2013
December 09, 2013
December 11, 2013
December 12, 2013
December 18, 2013

In Docket No.164, page 3, paragraph 2, it states: "The settlement statements shall be received in chambers not later than **November 07, 2013**."

Defendant, Keith L. Maris ,et al. respectfully requests that his settlement statement be received in chambers not later than seven (7) days prior to any of the alternate dates the Court selects.

This request is not meant to delay, but only that the Defendant can "be substantially prepared to meaningfully participate in the Settlement Conference in good faith.

Also note the Defendants mailing address, phone number and E-Mail are the same, but the Defendant is not currently connected to Pacer : KEITH MARIS 612 Lake Superior Lane Boulder City, NV 89005, (702) 287-1663 , KDCMJJ@AOL.COM

Respectfully submitted this 07th day of November, 2013.

KEITH MARIS Defendant

KEITH MARIS

612 Lake Superior Lane

Boulder City, NV 89005

(702) 287-1663

VERIFICATION AND ACKNOWLEDGEMENT

State of Nevada      United States District Court, District of Nevada

County of Clark      Civil Action No. 2-10-cv-01337
Case Type: Civil Action

a. I have read this document. To the best of my knowledge, information and belief the information, contained in the document is well grounded in fact and is warranted by existing law.

b. I have not been determined by any court in Nevada or in any other State to be a frivolous litigant or subject to an Order precluding me from serving and filing this document.

c. I am not serving or filing this document for any improper purpose, such as to harass the other party or to cause delay or needless increase in the cost of litigation or to commit a fraud on the Court.

d. I understand that if I am not telling the truth or if I am misleading the court or if I am serving or filing this document for any improper purpose, the court can order me to pay money to the other party, including the reasonable expenses incurred by the other party because of the serving or filing of this document such as court costs, and reasonable attorneys fees.

Respectfully submitted this 07th day of November, 2013.

KEITH MARIS Defendant

KEITH MARIS

612 Lake Superior Lane

# EXHIBIT 1



**[Not Virus Scanned] United States v. Maris, et al.**

From: Sullivan, Kaycee M (TAX) (TAX) <Kaycee.M.Sullivan@usdoj.gov>
To: kdcmjj <kdcmjj@aol.com>
Cc: Peña, Lee (TAX) (TAX) <Lee.Pena@usdoj.gov>
Date: Tue, Nov 5, 2013 2:08 pm
Message_for_Keith.pdf

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

Mr. Maris,

Please see attached and contact me to discuss the cases in Nevada and Utah.

Thank you.

Kaycee M. Sullivan
Trial Attorney
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9593



### Re: [Not Virus Scanned] United States v. Maris, et al.

From: kdcmjj <kdcmjj@aol.com>
To: Kaycee M.Sullivan <Kaycee.M.Sullivan@usdoj.gov>
Date: Tue, Nov 5, 2013 4:59 pm

cannot open, document open password needed

-----Original Message-----
From: Sullivan, Kaycee M. (TAX) (TAX) <Kaycee.M.Sullivan@usdoj.gov>
To: kdcmjj <kdcmjj@aol.com>
Cc: Perla, Lee (TAX) (TAX) <Lee.Perla@usdoj.gov>
Sent: Tue, Nov 5, 2013 2:08 pm
Subject: [Not Virus Scanned] United States v. Maris, et al.

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

Mr. Maris,

Please see attached and contact me to discuss the cases in Nevada and Utah.

Thank you.

Kaycee M. Sullivan
Trial Attorney
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9593



# EXHIBIT 2





# EXHIBIT 3



**Sat., Nov. 9, 2013, from 5:30 AM to 4:00 PM PST - Appellate ECF unavailable and Alternate emergency motion phone number**

From: blast <blast@ca9.uscourts.gov>
To: kdcmjj <kdcmjj@aol.com>
Date: Wed, Nov 6, 2013 5:58 am

Due to building maintenance and power testing in the San Francisco courthouse on Saturday, November 9, 2013, from 5:30 AM to 4:00 PM PST:

- Appellate ECF will be unavailable. You will not be able to file any documents electronically during this time and will not be able to view the Ninth Circuit's docket using PACER.

- If you have an emergency (such as an execution or imminent deportation) during this time and you are unable to reach the San Francisco Clerk's office, call the Pasadena Clerk's office at (626) 229-7474 and leave a message, which will be forwarded to the motions attorney on duty.

The U.S. Court of Appeals for the 9th Circuit
cacd_cmhelp@ca9.uscourts.gov

# EXHIBIT 4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff(s),<br><br>v.<br><br>KEITH L. MARIS, et al.,<br><br>        Defendant(s). | Case No. 2:10-cv-01337-RCJ-NJK<br><br>**ORDER SCHEDULING A**<br>**SETTLEMENT CONFERENCE** |

      Judge Jones referred this matter to the undersigned to set a settlement conference. Docket No. 162. A settlement conference is hereby scheduled to commence at **10:00 a.m. on November 14, 2013** in the *chambers* of the undersigned Magistrate Judge, Third Floor, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

      Unless ordered otherwise, the following individual(s) are **required to be present in person for the duration of the settlement conference**:

1. All counsel of record who will be participating in the trial;
2. All parties appearing *pro se*;
3. All individual parties;
4. In the case of non-individual parties, an officer or representative <u>with binding authority to settle this matter up to the full amount of the claim or last demand made</u>; and
5. If any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with <u>authority to settle this matter up to the full amount of the claim or last demand</u>.

     Any request for an exception to the above personal attendance requirements must be filed and served on all parties within fourteen (14) days of the issuance of this order. Such a request will be strictly scrutinized for a showing of compelling justification.

     Any request to reschedule the Settlement Conference must be made in writing within fourteen (14) days of the issuance of this order, and any such request must include five alternate dates on which all counsel and other required attendees are available.

## PREPARATION FOR SETTLEMENT CONFERENCE

     In preparation for the settlement conference, each party shall submit a confidential settlement conference statement for <u>in camera</u> review. The statement <u>shall</u> contain the following:

1. A brief statement of the nature of the action.

2. The names of the people who will attend the settlement conference.

3. A <u>concise summary</u> of the evidence that supports your theory of the case, including the names of individuals disclosed pursuant to Rule 26(a)(1)(A)(i), the Rule 26(a)(1)(A)(iii) computation of damages, and the Rule 26(a)(1)(A)(iv) insurance information. You <u>must</u> provide all information which documents or supports your damages claims. Copies of medical records or treatment records need not be submitted but, rather, shall be provided in a table or summary format.

4. Attach to your statement any documents or exhibits which are relevant to key factual or legal issues, including selected pages from deposition transcripts or responses to other discovery requests.

5. An analysis of the key issues involved in the litigation. The analysis must include a discussion of the strongest points in your case, both legal and factual, <u>and a frank discussion of the weakest points as well</u>. The Court expects you to present a thorough analysis of the key issues and candid evaluation of the merits of your case.

6. Identify and explain any obstacles to settlement, e.g. medical liens, statutory caps, or motions pending before the Court.

7. The history of settlement discussions, if any, which have occurred in this case. Provide any demands, offers, or offers of judgment that have been made and, if applicable, the reasons they have been rejected. Attach a copy of all settlement correspondence, including all

written demands or offers and responses thereto.

8. Provide the initial settlement proposal that will be presented at the settlement conference with a justification for any monetary amount. The proposal must include any non-monetary settlement terms that will be presented.

The settlement conference statements shall be received in chambers not later than **November 7, 2013. DO NOT SERVE A COPY ON OPPOSING COUNSEL. <u>DO NOT DELIVER OR MAIL COPIES TO THE CLERK'S OFFICE.</u>**

The purpose of the statement is to assist the undersigned Magistrate Judge in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your <u>utmost</u> <u>candor</u> in responding to all of the above-listed questions is required. **The settlement conference statement will remain confidential.** If this case does not settle, the settlement conference statement will not be disclosed to the judge who ultimately presides over the trial. Each statement will be securely maintained in my chambers, and will be destroyed following the conference.

**In addition to the above requirements, the parties and counsel must be substantially prepared to meaningfully participate in the Settlement Conference in good faith.**

**FAILURE TO COMPLY WITH THE REQUIREMENTS SET FORTH IN THIS ORDER WILL SUBJECT THE NON-COMPLIANT PARTY AND/OR COUNSEL TO SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 16(f).**

DATED: October 17, 2013

_____
Nancy J. Koppe
United States Magistrate Judge

3