# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff(s), | Case No. 2:10-cv-01337-RCJ-NJK |
| v. | **ORDER VACATING HEARING** |
| KEITH L. MARIS, et al., | |
| Defendant(s). | |

In light of Defendants' recent filing, Docket No. 186, the Court hereby VACATES the hearing set for November 25, 2013 at 10:00 a.m.  No settlement was reached.

IT IS SO ORDERED.

DATED: November 22, 2013

_____
Nancy J. Koppe
United States Magistrate Judge