# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff(s),<br><br>v.<br><br>KEITH L. MARIS, et al.,<br><br>        Defendant(s). | Case No. 2:10-cv-01337-RCJ-NJK<br><br>**ORDER VACATING HEARING** |

    In light of Defendants' recent filing, Docket No. 186, the Court hereby VACATES the hearing set for November 25, 2013 at 10:00 a.m. No settlement was reached.

    IT IS SO ORDERED.

    DATED: November 22, 2013

_____
Nancy J. Koppe
United States Magistrate Judge