1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7
8  UNITED STATES OF AMERICA,                        Case No.: 2:10-CV-1337-RCJ-NJK

            Plaintiff,
9
            vs.
10                                                              **ORDER**
   KEITH L. MARIS, individually, *et al.,*
11
            Defendants.
12  _____
13
14 **MINUTE ORDER IN CHAMBERS**
15        IT IS HEREBY ORDERED that Defendants Motion to Have Portion of Document 239 Sealed
16 (#242) is GRANTED.
17        IT IS SO ORDERED this 24th day of February, 2015.
18
19
20        _____
21        ROBERT C. JONES
          District Judge
22
23
24
25
26
27
28